MIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAR 15 2011
3-15-11
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Robert Lee Moore Jr.

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Chicago Transit Authority
Unknown Chicago Transit Authority Bus Operator

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

11 C 1792
Judge Milton I. Shadur
Magistrate Judge Martin C. Ashman

CHECK ONE ONLY:

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331** U.S. Code (federal defendants)

____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  Plaintiff(s):

Revised: 7/20/05

A. Name: Robert Lee Moore, Jr.

B. List all aliases: N/A

C. Prisoner identification number: N92116

D. Place of present confinement: Lawrence Cor. Center

E. Address: 10930 Lawrence Road Sumner, IL. 62466

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Chicago Transit Authority

   Title: _____

   Place of Employment: Chicago, IL.

B. Defendant: Unknown Bus Operator

   Title: Bus Operator

   Place of Employment: Chicago, IL.

C. Defendant: N/A

   Title: _____

   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised: 7/20/05

### III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution? **N/A**

YES ( ) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint? **N/A**

YES ( ) NO ( )

C. If your answer is **YES**:

1. What steps did you take? **N/A**

2. What was the result? **N/A**

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.) **N/A**

D. If your answer is **NO**, explain why not: **N/A**

3

Revised: 7/20/05

E. Is the grievance procedure now completed? YES ( ) NO ( ) **N/A**

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO ( ) **N/A**

G. If your answer is **YES**:

1. What steps did you take? **N/A**

2. What was the result? **N/A**

H. If your answer is **NO**, explain why not: **N/A**

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: Moore vs. Locke 09-CV-1260

B. Approximate date of filing lawsuit: September 2009

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Robert Lee Moore, Jr.

D. List all defendants: Mark H. Locke

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court

F. Name of judge to whom case was assigned: Judge Parker

G. Basic claim made: excessive force

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition: Still pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised: 7/20/05

**V.** **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In August of the year 2009 I was hit by a C.T.A. Bus. Causing a closed head injury. And constant lower back pain.

Revised: 7/20/05

VI. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Award plaintiff three thousand dollars for ambulance and hospital fees.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 10 day of March, 2011

Robert L. Moore Jr.

(Signature of plaintiff or plaintiffs)

Robert L. Moore Jr.
(Print name)

N92166
(I.D. Number)

Lawrence Corr. Center
10930 Lawrence Road
Sumner, IL. 62466
(Address)

8                                                   Revised: 7/20/05