```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION


ROBERT LEE MOORE, JR. #N92166,  )
                                )
               Plaintiff,       )
                                )
     v.                         )    No. 11 C 1792
                                )
CHICAGO TRANSIT AUTHORITY,      )
et al.,                         )
                                )
               Defendants.      )
```

                         MEMORANDUM ORDER

   Robert Moore, Jr. ("Moore") has gotten hold of the Clerk's-Office-provided form of Complaint under 42 U.S.C. §1983 and has mistakenly viewed that as his ticket of entry to the federal court to complain about an injury he suffered when he says he was hit by a CTA bus in August 2009. Moore lists himself as a prisoner currently confined at the Lawrence Correctional Center in Sumner, Illinois, so that he could be required to comply with the 28 U.S.C. §1915 obligation to pay an entire $350 filing fee in future installments. But his total misunderstanding of federal court jurisdiction is so profound that this Court is loath to stick him with that cost.

   Instead both the Complaint and this action are dismissed sua sponte for lack of subject matter jurisdiction. That does not, however, prevent the dismissal ordered here from being a second

"strike" for purposes of 28 U.S.C. §1915(g).[1]

　　　　　　　　　　　/s/ Milton I. Shadur
　　　　　　　　　　　_____
　　　　　　　　　　　Milton I. Shadur
　　　　　　　　　　　Senior United States District Judge

Date:  March 17, 2011

---

　　[1] According to information received from this Court's Prisoner Correspondence staff, an earlier lawsuit brought by Moore (Moore v. Good, 09 C 5826) was dismissed by this Court's colleague Honorable Robert Dow, Jr. on October 30, 2009, with that dismissal having counted as a "strike."